UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No: 26 CR 173 |
| v. | ) | |
| | ) | Hon. Virginia M. Kendall |
| KAMESHA N. YOUNGBLOOD | ) | Chief Judge |

## ORDER TO SHOW CAUSE

Pursuant to Fed. R. Crim. P. 42(a)(1), this Court orders defendant Kamesha N. Youngblood to show cause why she should not be held in criminal contempt, in violation of Title 18, United States Code, Section 401(3), for willfully violating the August 23, 2018 Joint Order of the United States Court of Appeals for the Seventh Circuit and the United States District Court for the Northern of Illinois, which provides, in relevant part, that, "[m]embers of the public shall not introduce or possess any […] dangerous weapon, defined in 18 U.S.C. § 930(g)(2), into a Courthouse of this District." Joint Order at 2. Specifically, on or about April 15, 2026, defendant Youngblood violated the Joint Order by entering and being present in the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street in Chicago, Illinois, while in the possession of a knife with a blade exceeding 2.5 inches in length.

Defendant Youngblood is ordered to appear on April 22, 2026, at 11:00 a.m., at the Dirksen United State Courthouse in courtroom 2541 for a trial in this matter.

Defendant Youngblood is hereby notified that the Court will consider imposing a maximum term of imprisonment of six months and a fine of not more than $5,000 if it should otherwise be appropriate.

Defendant Youngblood is advised that a failure to appear as ordered may result in the issuance of a warrant for defendant's arrest.

Pursuant to Fed. R. Crim. P. 41(a)(2), the United States Attorney's Office for the Northern District of Illinois is requested to prosecute this matter.

ENTER: April 15, 2026

_____
Hon. Virginia M. Kendall
Chief United States District Judge

2